| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | JONATHAN U. LEE (SBN 148792)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Ninth Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6909 |
| 6 | Facsimile: (415) 436-6748<br>Email: jonathan.lee@usdoj.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRI-VALLEY COMMUNITIES AGAINST A RADIOACTIVE ENVIRONMENT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>    Defendant. | No. 06-7065 MJJ<br><br>**E-FILING CASE**<br><br>**STIPULATION AND [████████]<br>ORDER FOR ENLARGMENT OF<br>TIME FOR DEFENDANT TO FILE<br>FIRST RESPONSIVE PLEADING** |

STIPULATION and [████████] ORDER
C 06-7065 MJJ                  -1-

|    |    |
|----|----|
| 1  | The parties hereby stipulate that defendant United States Department of Energy may have |
| 2  | an additional thirty (30) days in which to file its first responsive pleading, and the parties request |
| 3  | that the Court enter the proposed order. Under this stipulation, the new deadline for filing the |
| 4  | defendant's first responsive pleading will be February 21, 2007. |

DATED: January 17, 2007

        /s/
LOULENA A.C. MILES
TRI-VALLEY CARES
Attorney for Plaintiff TRI-VALLEY
COMMUNITIES AGAINST A RADIOACTIVE
ENVIRONMENT

DATED: January 17, 2007      KEVIN V. RYAN
United States Attorney

        /s/
JONATHAN U. LEE
Attorneys for Defendants

**BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED:**

DATED: 1/19/2007

HON. MARTIN J. JENKINS
United States District Judge

STIPULATION and ORDER
C 06-7065 MJJ    -2-