# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TRI-VALLEY COMMUNITIES AGAINST A RADIOACTIVE ENVIRONMENT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>    Defendant. | No. 06-7065 (MJJ) |

## [PROPOSED] ORDER ENTERING STIPULATED BRIEFING SCHEDULE

Based on the representations of the parties in their Stipulated Briefing Schedule, it is hereby

ORDERED that the briefing schedule set forth in the parties' submission be, and hereby is, ADOPTED. The following deadlines shall apply:

| | |
|---|---|
| May 2, 2007 | Defendant files opening motion for summary judgment and <u>Open America</u> motion for stay, if necessary; |
| May 22, 2007 | Plaintiff files opposition to motion for summary judgment and cross motion for summary judgment and opposition to any <u>Open America</u> motion, and Rule 56(f) motion, if necessary; |
| June 5, 2007 | Defendant files reply in support of motion for summary judgment and <u>Open America</u> motion, opposition to cross-motion and opposition to Rule 56(f) motion; |
| June 12, 2007 | Plaintiff files reply in support of cross-motion and Rule 56(f) motion; and |
| July 24, 2007 at 9:30 am. ~~June 26~~, 2007 | Hearing on motions. |

Dated this 26 day of March, 2007.

_____
Honorable Martin J. Jenkins
United States District Court Judge

**Stipulated Briefing Schedule, Civ. No. 06-7065 (MJJ)**