LOULENA A.C. MILES (CSB #227284)
TRI-VALLEY CAREs
2582 Old First Street
Livermore, California 94551
Telephone: 925/443-7148
Facsimile: 925/443-0177
loulena@trivalleycares.org

STEVEN SUGARMAN (NM B#5717)
Pro Hac Vice
618 Paseo de Peralta
Santa Fe, New Mexico, 87501
Telephone: 505/983-1700
Facsimile: 505/983-0036

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| TRI-VALLEY COMMUNITIES AGAINST A RADIOACTIVE ENVIRONMENT<br><br>    Plaintiff,<br>    vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br>    Defendant | Civ. No.  C 06 7065 MJJ |

### NOTICE OF REMOVAL OF INCORRECTLY FILED DOCUMENT

Document 19, entitled "Letter from Plaintiff - Settlement Demand Letter" (Filed on 4/11/2007 at 3:30 pm) should not have been served on the Court. It is a demand letter that was submitted confidentially to the Defendant electronically outside of the E-Filing system. A "lock" was placed on this document on April 12, 2007 at 8:08 am by the ECF Help Desk.  Plaintiff respectfully requests that this document be removed from the E-Filing system.

Dated this April 12, 2007

/s/ Loulena A.C. Miles
_____
LOULENA A.C. MILES
TRI-VALLEY CAREs
2582 Old First Street
Livermore, California 94551

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, /s/ Martin J. Jenkins, Judge Martin J. Jenkins, Dated: 4/16/07]

Notice of Removal of Incorrectly Filed Document
Civ Civ. No.  C 06 7065 MJJ