# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY COMMUNITIES AGAINST A RADIOACTIVE ENVIRONMENT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>    Defendant. | No. 06-7065 (MJJ) |

**[PROPOSED] ORDER AMENDING THE COURT'S MARCH 26, 2007 BRIEFING SCHEDULE PURSUANT TO THE PARTIES' STIPULATED REQUEST FOR AN AMENDED BRIEFING SCHEDULE**

Having considered the parties' Stipulated Request for an Amended Briefing Schedule, it is hereby

ORDERED that the briefing schedule set forth in the March 26, 2007 Scheduling Order [22] be, and hereby is, AMENDED to reflect the following deadlines:

| | |
|---|---|
| May 31, 2007 | Defendant files opening motion for summary judgment and <u>Open America</u> motion for stay, if necessary; |
| June 20, 2007 | Plaintiff files opposition to motion for summary judgment and cross motion for summary judgment and opposition to any <u>Open America</u> motion, and Rule 56(f) motion, if necessary; |
| July 3, 2007 | Defendant files reply in support of motion for summary judgment and <u>Open America</u> motion, opposition to cross-motion and opposition to Rule 56(f) motion; |
| July 10, 2007 | Plaintiff files reply in support of cross-motion and Rule 56(f) motion; and |

-1-

The date for the hearing on the motions shall remain as scheduled, July 24, 2007 at 9:30 a.m.

Dated this __2__ day of ____May_____, 2007.

_____
HONORABLE MARTIN J. JENKINS
United States District Judge