Loulena A.C. Miles (CA SBN 227284)
Tri-Valley CAREs
2582 Old First Street
Livermore, California 94551
Tel: (925) 443-7148
Fax: (925) 443-0177
loulena@trivalleycares.org

Steve Sugarman (NM SBN 5717)
Belin & Sugarman
*Pro Hac Vice*
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Tel: (505) 983-1700
Fax: (505) 983-0036
scsugarman@cybermesa.com

*Counsel for Plaintiff*

Helen H. Hong (CA SBN 235635)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
Tel: (202) 514-5838
Fax: (202) 616-8460
helen.hong@usdoj.gov

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY COMMUNITIES AGAINST A RADIOACTIVE ENVIRONMENT,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>　　　Defendant. | No. 06-7065 (MJJ) |

## **CORRECTED STIPULATION OF DISMISSAL**

## CORRECTED STIPULATION OF DISMISSAL

**WHEREAS**, the parties to this action have agreed to dismiss this action upon the terms and conditions set out in the Settlement Agreement attached hereto as Exhibit 1 to this stipulation;

**WHEREAS**, the parties stipulate and agree that all counts of the above-captioned action, Tri-Valley Communities Against a Radioactive Environment v. United States Department of Energy, Civ. No. 06-7065 (MJJ), should therefore be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and without costs, attorneys' fees or expenses as against any party, except as expressly set out in the Settlement Agreement;

**IT IS THEREFORE ORDERED** that this case shall be dismissed with prejudice.

_____
United States District Judge

Respectfully Submitted,

/s/ Loulena A. C. Miles            Dated June 1, 2007
LOULENA A.C. MILES
Tri-Valley CARES
*Attorney for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

/s/ Helen H. Hong            Dated June 1, 2007
HELEN H. HONG
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
(202)514-5838
*Attorneys for Defendant*